UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------

JUSTIN MOORE,

            Plaintiff,

    -against-

LIVERAMP, INC., et al.,

          Defendants.

-----------------------------------

No. 20-CV-4039 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for February 5, 2021 at 12:30 p.m. is adjourned <u>sine die</u>.  Per the Court's previous order, Counsel shall confer and inform the Court by letter immediately following their private mediation as to the status of the case. (Dkt. no. 11.)

**<u>SO ORDERED.</u>**

Dated:  January 22, 2021
       New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.