```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JUSTIN MOORE,<br><br>               Plaintiff,<br><br>-against-<br><br>LIVERAMP, INC., et al.,<br><br>               Defendants. | No. 20-CV-4039 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The telephonic conference scheduled for April 7, 2021 at 9:00 a.m. is moved to 11:00 a.m. on the same day.  For ease of reference, the dial-in is 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    April 5, 2021
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge