UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN MOORE,<br><br>                    Plaintiff,<br><br>-against-<br><br>LIVERAMP, INC., et al.,<br><br>                    Defendants. | No. 20-CV-4039 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The parties shall appear for a telephonic status conference on May 27, 2021 at 11:00 a.m. using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    April 7, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1