

**DEREK SMITH LAW GROUP, PLLC**
Employment Lawyers Representing Employees Exclusively

New York | Los Angeles | Philadelphia | Miami | New Jersey

May 13, 2021

**VIA ECF**
Honorable Loretta A. Preska
United States District Court, Southern District of New York
500 Pearl Street, Room 12A
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5-14-2021

    RE:    Moore v. LiveRamp, Inc. et. al.
            Civ. No. 20-CV-04039

Dear Judge Preska:

    This Office represents Plaintiff, Justin Moore, in the above-mentioned action. Please note this letter is submitted on consent of all parties. In accordance with Your Honor's Individual Practices, the parties respectfully request that the telephonic status conference, currently scheduled for May 27, 2021, be rescheduled for a date that is convenient for the Court. The undersigned will be out of the country and therefore unable to attend the conference.

    This is the first adjournment of the status conference.

    We thank the Court for its time and consideration.

                                      Respectfully submitted,

                                      Zachary T. Tortora, Esq.

cc:    **Via ECF**

        James M. Gary, Esq.
        KUTAK ROCK LLP
        *Attorneys for Defendants*
        124 West Capitol Ave., 20th Fl.
        Little Rock, Arkansas 72201

*[Handwritten: The conference is adjourned to June 9, 2021 at 9:00 a.m.]*

*[Handwritten date: 5/14/21]*

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

NYC Office Address: One Penn Plaza, Suite 4905 New York, NY 10119| Tel: 212-587-0760| Fax: 212-587-4169
www.discriminationandsexualharassmentlawyers.com