UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JUSTIN MOORE, | |
|---|---|
| Plaintiff, | No. 20-CV-4039 (LAP) |
| -against- | ORDER |
| LIVERAMP, INC., et al., | |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for June 9, 2021 at 9:00 a.m. will occur as a teleconference using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:   June 7, 2021
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge